UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WAYNE E. BOULIER, II, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 1:24-cv-00250-JAW |
| | ) |
| DOUG BLAUVELT, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER**

In accordance with the Court's order granting Plaintiff's motion to proceed without the prepayment of fees (Order, ECF No. 4), Plaintiff notified the Court that he was prepared to proceed with the case. (Indication, ECF No. 5.)  In his filing, Plaintiff suggested that he might wish to amend his complaint.  To the extent Plaintiff seeks leave to file an amended complaint, the Court grants Plaintiff's request.  If Plaintiff intends to file an amended complaint, Plaintiff shall file the amended complaint on or before August 21, 2024.  After August 21, 2024, the Court will review Plaintiff's complaint/amended complaint in accordance with 28 U.S.C. §§ 1915 and 1915A to determine whether Plaintiff has alleged an actionable claim.

**NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

s/ John C. Nivison
U.S. Magistrate Judge

Dated this 31st day of July, 2024.